## 56977. CITIZENS & SOUTHERN NATIONAL BANK v. BROWN.

SMITH, Judge.

On certiorari to the Supreme Court, this case was reversed. Therefore, *C. & S. Nat. Bank v. Brown,* 149 Ga. App. 795 (256 SE2d 72) (1979), is vacated and the decision of the Supreme Court in *Brown v. C. & S. Nat. Bank,* 245 Ga. 515 (265 SE2d 791) (1980), is adopted as the decision of this Court.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

ARGUED JANUARY 15, 1979 — DECIDED JULY 15, 1980.

*Richard C. Freeman, III,* for appellant.
*Glenn H. Strother,* for appellee.